**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 30, 2018.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00730-CV

---

### IN RE DARRELL J. HARPER, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-77474**

---

## MEMORANDUM OPINION

On August 20, 2018, relator Darrell J. Harper filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Robert K. Schaffer, local administrative judge and presiding judge of the 165th District Court of Harris County, to vacate his order dated August 13, 2018, denying relator's petition for leave to file a civil suit against the Harris County Tax

Assessor-Collector Ann Harris Bennett, the Harris County Appraisal District, and Chief Appraisal, Roland Altinger.

To obtain mandamus relief, a relator generally must show both that the trial court clearly abused its discretion and that relator has no adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Relator has not shown that the trial court clearly abused its discretion.

We therefore deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Donovan, Wise, and Jewell.